PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ramon Candelaria, Jr  Cr.: 15-00633-001
                                          PACTS #: 1986792

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/23/2016

Original Offense:   18 U.S.C. § 641 & 2 – Knowingly and Willfully Embezzling/Stealing
                    $202,007.20 in Social Security Administration Disability Insurance Benefits

Original Sentence: 13 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment $100.00, Restitution $202,007.20, No New Debt/Credit

Type of Supervision: Supervised Release      Date Supervision Commenced: 04/19/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   Failed to Satisfy Restitution

U.S. Probation Officer Action:

Throughout his term of supervised release, Candelaria was compliant with his restitution order. The offenders' supervision is due to expire on April 18, 2020, with an outstanding restitution balance of $200,782.20. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

                                    Respectfully submitted,

                                    By: Elisa Martinez/jm
                                        Supervising U.S. Probation Officer
                                    Date: 02/03/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] Allow Supervision to Expire as Scheduled on April 18, 2020, (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

February 4, 2020
_____
Date